## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARK ANTHONY ROBINSON                 :
                                      :
                    **Plaintiff**     :
        v.                            :        3:11-CV-1376
                                      :        (JUDGE MARIANI)
ROBERT MARSH, et al.,                 :
                                      :
                    **Defendants**    :

## ORDER

**AND NOW, THIS** /2 Ÿ**DAY OF SEPTEMBER, 2014**, upon review of Magistrate

Judge Carlson's Report and Recommendation (Doc. 95) for clear error and manifest

injustice, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. 95) is **ADOPTED**, for the reasons
   discussed therein.

2. Plaintiff's "Motion for Leave to Amend Complaint" (Doc. 90) is **DENIED**.

3. The case is **REMANDED** to Magistrate Judge Carlson for further proceedings
   consistent with this Order.

FILED
SCRANTON

SEP 1 2 2014

PER _____
DEPUTY CLERK

Robert D. Mariani
United States District Judge